UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kenneth J. Pope

Case No.: _____16-26098_____

Chapter: _____7_____

Judge: _____JKS_____

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey  07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____September 5, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 21 Eastern Parkway (1/2 interest)<br>Newark, NJ  07106<br><br>Fair Market Value:  $215,000 |
|---|---|

| Liens on property: | Subject to a mortgage held by Specialized Loan Servicing on which there is due approximately $395,178. |
|---|---|

| Amount of equity claimed as exempt:  None |
|---|

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee

Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey  07601

Telephone No.: (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-26098-JKS
Kenneth J Pope                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2          Date Rcvd: Aug 04, 2017
                           Form ID: pdf905         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db            +Kenneth J Pope,   21 Eastern Parkway,   Newark, NJ 07106-2308
cr            +Specialized Loan Servicing LLC, as servicing agent,   C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr            +Specialized Loan Servicing as servicing agent for,   C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
516386033     #+ACB Receivables Management,   PO Box 350,   Asbury Park, NJ 07712-0350
516352484     +ARS/Account Resolution Specialist,   Po Box 459079,   Sunrise, FL 33345-9079
516352482     +AmeriFinancial Solutions. Llc,   Po Box 65018,   Baltimore, MD 21264-5018
516352481     +AmeriFinancial Solutions. Llc,   Po Box 7,   Vassar, MI 48768-0007
516352483     +Apex Asset Managemen,   2501 Oregon Pike,   Lancaster, PA 17601-4890
516352485     +Avante,   3600 South Gessner,   Ste 225,   Houston, TX 77063-5357
516352486     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516352487     +Buckley Madole, PC,   99 Wood Avenue, South,   Suite 803,   Iselin, NJ 08830-2713
516352488     +Chase Card Services,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516352489     +Cntl Jer Adj,   141 South Ave,   Fanwood, NJ 07023-1224
516352490     +Essex County Sheriff,   Attn: Foreclosure Unit,   50 W. Market Street,   Newark, NJ 07102-1692
516352491     +IC Systems, Inc,   444 Highway 96 East,   St Paul, MN 55127-2557
516386036     +NY State Department of Taxation,   Bankruptcy Section,   PO Box 5300,   Albany, NY 12205-0300
516585435      PRINCETON PATHOLOGY SERVICES,   Revenue Recovery Corporation,   PO Box 50250,
               Knoxville, TN 37950-0250
516352493     +Revenue Recovery Corp,   7005 Middlebrook Pike,   Po Box 50250,   Knoxville, TN 37950-0250
516352494     +SLS,   8742 Lucent Boulevard,   Suite 300,   Highlands Ranch, CO 80129-2386
516479736     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State Of New Jersey,   Division Of Taxation,   Bankruptcy Section,
               PO Box 245,   Trenton, NJ 08695-0245)
516483622     +The Bank of NY Mellon, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: BNC@magtrustee.com Aug 04 2017 22:57:05    Marie-Ann Greenberg,
               Chapter 13 Standing Trustee,   30 Two Bridges Rd,   Suite 330,   Fairfield, NJ 07004-1550
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 22:56:20    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 22:56:15    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516558999      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2017 22:51:27
               Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
               Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
516408955     +E-mail/Text: cio.bncmail@irs.gov Aug 04 2017 22:55:47    Department of Treasury,
               Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516352492     +E-mail/Text: bankos@merchantscredit.com Aug 04 2017 22:56:11    Merchants Credit,
               2245 152nd Ne,   Redmond, WA 98052-5519
516420612      E-mail/Text: bnc-quantum@quantum3group.com Aug 04 2017 22:56:05
               Quantum3 Group LLC as agent for,   CP Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                      TOTAL: 7

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +SLS,   8742 Lucent Blvd., Ste. 300,   Highlands Ranch, CO 80129-2386
516386034*    +IRS,   PO Box 4346,   Philadelphia, PA 19118-8346
516386035*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court:  State of NJ,   Division of Taxation,   Bankruptcy Section,
               PO Box 245,   Trenton, NJ 08695)
                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
          Bruce H Levitt    on behalf of Debtor Kenneth J Pope blevitt@levittslafkes.com,
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
          2007-1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
          gdelmonaco@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,  slahr@mdmc-law.com,
          nj42@ecfcbis.com,gdelmonaco@mdmc-law.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
          for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
          of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing as servicing agent for
          The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
          the CWABS, Inc., Asset-Backed Certificates, Series 2007 nj_ecf_notices@buckleymadole.com
          Marie-Ann  Greenberg    magecf@magtrustee.com

                                                                      TOTAL: 7