**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kenneth J Pope | Social Security number or ITIN xxx–xx–8808 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–26098–JKS | |

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kenneth J Pope

12/28/17

**By the court:** John K. Sherwood
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-26098-JKS
Kenneth J Pope                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 28, 2017
                              Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
```
db              +Kenneth J Pope,    21 Eastern Parkway,    Newark, NJ 07106-2308
cr              +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +Specialized Loan Servicing as servicing agent for,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516352484       +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516352482       +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516352481      #+AmeriFinancial Solutions. Llc,    Po Box 7,    Vassar, MI 48768-0007
516352483       +Apex Asset Managemen,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516352485       +Avante,   3600 South Gessner,    Ste 225,   Houston, TX 77063-5357
516352487       +Buckley Madole, PC,    99 Wood Avenue, South,    Suite 803,    Iselin, NJ 08830-2713
516352489       +Cntl Jer Adj,   141 South Ave,    Fanwood, NJ 07023-1224
516352490       +Essex County Sheriff,    Attn: Foreclosure Unit,    50 W. Market Street,    Newark, NJ 07102-1692
516386036       +NY State Department of Taxation,    Bankruptcy Section,    PO Box 5300,   Albany, NY 12205-0300
516585435        PRINCETON PATHOLOGY SERVICES,    Revenue Recovery Corporation,    PO Box 50250,
                  Knoxville, TN 37950-0250
516352493       +Revenue Recovery Corp,    7005 Middlebrook Pike,    Po Box 50250,   Knoxville, TN 37950-0250
516352494       +SLS,   8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
516479736      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
516483622       +The Bank of NY Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +E-mail/Text: BNC@magtrustee.com Dec 28 2017 22:54:49      Marie-Ann Greenberg,
                  Chapter 13 Standing Trustee,    30 Two Bridges Rd,    Suite 330,   Fairfield, NJ 07004-1550
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2017 22:54:06      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2017 22:54:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516558999        EDI: RESURGENT.COM Dec 28 2017 22:28:00      Ashley Funding Services, LLC its successors and,
                  assigns as assignee of Laboratory,    Corporation of America Holdings,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516352486       +EDI: BANKAMER.COM Dec 28 2017 22:28:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
516352488       +EDI: CHASE.COM Dec 28 2017 22:28:00      Chase Card Services,    Attn: Correspondence Dept,
                  Po Box 15298,   Wilmington, DE 19850-5298
516408955       +EDI: IRS.COM Dec 28 2017 22:28:00      Department of Treasury,    Internal Revenue Service,
                  P O Box 7346,   Philadelphia, PA 19101-7346
516352491       +EDI: IIC9.COM Dec 28 2017 22:28:00      IC Systems, Inc,    444 Highway 96 East,
                  St Paul, MN 55127-2557
516352492       +E-mail/Text: bankos@merchantscredit.com Dec 28 2017 22:53:57      Merchants Credit,
                  2245 152nd Ne,   Redmond, WA 98052-5519
516420612        EDI: Q3G.COM Dec 28 2017 22:28:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 10
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +SLS,   8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
516386034*      +IRS,   PO Box 4346,   Philadelphia, PA 19118-8346
516386035*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of NJ,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695)
516386033     ##+ACB Receivables Management,    PO Box 350,    Asbury Park, NJ 07712-0350
                                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 28, 2017
                              Form ID: 318             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
          Bruce H Levitt    on behalf of Debtor Kenneth J Pope blevitt@levittslafkes.com,
           sslafkes@levittslafkes.com;lspcattorneys@gmail.com
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
           gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
           nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of the CWABS, Inc., Asset-Backed Certificates, Series nj_ecf_notices@buckleymadole.com,
           NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing as servicing agent for
           The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
           the CWABS, Inc., Asset-Backed Certificates, Series 2007 nj_ecf_notices@buckleymadole.com,
           NJ_ECF_Notices@McCalla.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 7
```